FILED

04/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0012

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0012

POPLAR ELEMENTARY SCHOOL DISTRICT
NO. 9,

      Petitioner and Appellant,

  v.                           O R D E R

FROID ELEMENTARY SCHOOL DISTRICT
NO. 65,

      Respondent and Appellee.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellee's Response Brief filed electronically on April 17, 2020, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. Rule 12(1)(d) requires a brief's statement of facts to contain "references to the pages or the parts of the record at which material facts appear." The combined Statement of the Case and Statement of Facts sections in the Appellee's Response Brief does not contain specific citations to the record. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
April 17 2020